**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlton BASHFORD, a/k/a Anthony Brown, a/k/a Carl Bashford, a/k/a Carlton Wallace, a/k/a Tony Smith, Defendant–Appellant.**

No. 01–7445.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Carlton Bashford, Appellant Pro Se. Patricia Marie Haynes, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Carlton Bashford appeals the district court's order denying his motion to modify his sentence and his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court insofar as it denied the motion to modify the sentence. With regard to the court's denial of Bashford's § 2255 motion, we deny a

* The parties consented to proceed before the magistrate judge under 28 U.S.C.A. § 636(c)

(West 1993 & Supp.2001).

certificate of appealability and dismiss the appeal. *See United States v. Bashford,* No. CR–91–332–A (E.D.Va. Aug. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED IN PART.*